█ In the Matter of ARTHUR V. SELIG, an Attorney.— Motion for leave to appeal to the Court of Appeals and for a stay denied as moot on the ground that respondent may appeal as a matter of right, and the stay of the effective

date of disbarment contained in the order to show cause dated June 30, 1969, is continued until 30 days after the date of the order entered herein. Concur — Stevens, P. J., Eager, Capozzoli, Nunez and McNally, JJ.